**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

EDDIE HUMES, SR.                                                                                             PLAINTIFF

V.                                            No. 4:20-cv-479-LPR

WHITE COUNTY, ARKANSAS, a Public
Body Corporate and Politic; PHILLIP MILLER,
In His Official Capacity as Sheriff of White County, Arkansas;
CLAYTON EDWARDS, In his Individual and Official
Capacity as Jail Administrator; LT. M. JONES and
S. GRAY, in their Individual and Official Capacities
as Sheriff Deputies of White County, Arkansas; and
NURSE HALL                                                                                                  DEFENDANTS

**AFFIDAVIT OF SHAWNA CHASSITY HALL**

Comes Shawna Chassity Hall, who, having been duly sworn, under oath, states that the following facts are true and correct to the best of her knowledge, information, and belief:

1. My name is Shawna Chassity Hall. I am over the age of 18, competent to testify, and have personal knowledge of the matters contained in this affidavit.

2. I am currently employed as a licensed practical nurse ("LPN") by Turn Key Health Clinics.

3. I began working for Turn Key in August 2019.

4. In October 2017, I was not employed by Turn Key and I did not work at the White County Jail. In fact, I have never worked at the White County Jail.

5. Since I was hired by Turn Key in August 2019, I have worked exclusively out of the Craighead County Jail in Jonesboro. The only other jail where I have worked

EXHIBIT A

was the Benton County Jail from November 2017 to March 2018, when I was employed by Southern Health Partners. From March 2018 to August 2019, I worked at the Baxter Regional Medical Center in Mountain Home.

6. I did not provide care for or have any involvement with the inmate, Eddie Humes, in October 2017 at the White County Jail.

7. I was served with the complaint and summons on September 29, 2020.

Further affiant sayeth not.

*Shawna Chassity Hall*
SHAWNA CHASSITY HALL

STATE OF Arkansas )
                  ) ss.
COUNTY OF Craighead )

SUBSCRIBED AND SWORN to before me, a notary public, this 19 day of November, 2020.

*Tammy H. Willard*
NOTARY PUBLIC

My Commission Expires:
1/20/30

(SEAL)

Tammy H. Willard
Notary Public, State of Arkansas
Commission # 12374833
Qualified in Craighead County
Commission Expires January 20, 2030

2