## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**EDDIE HUMES, SR.**                                                                           **PLAINTIFF**

**v.**                        **Case No. 4:20-cv-00479-LPR-JTR**

**WHITE COUNTY, ARKANSAS,**
A Public Body Corporate and Politic, *et al*.                                   **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Partial Recommended Disposition and the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects except for one minor, technical alteration. A grant of summary judgment is a ruling on the merits. Thus, instead of dismissing the claims against Shawna Chassity Hall, judgment will be entered in her favor at the appropriate time under Federal Rule of Civil Procedure 54. As of the date of this Order, the claims against Shawna Chassity Hall may not move forward.

IT IS THEREFORE ORDERED that Defendant Shawna Chassity Hall's Motion for Summary Judgment (Doc. 23) is GRANTED. A corresponding Judgment will be entered in Ms. Hall's favor at the appropriate time under Federal Rule of Civil Procedure 54.

IT IS SO ORDERED this 11th day of January 2021.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE